FILED
June 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　)　　Case No. 2:10-mj-172 KJM
　　　　　　Plaintiff, )
v. )　　ORDER FOR RELEASE
　　　　　　　　　　　　　　　　)　　OF PERSON IN CUSTODY
ROSALINA BONA, )
　　　　　　　　　　　　　　　　)
　　　　　　Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Rosalina Bona; Case 2:10-mj-172 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　　Release on Personal Recognizance

　　__　　Bail Posted in the Sum of _____

　　X　　Unsecured bond in the amount of $20,000

　　__　　Appearance Bond with 10% Deposit

　　__　　Appearance Bond secured by Real Property

　　__　　Corporate Surety Bail Bond

　　X　　(Other) Pretrial conditions/supervision;

Issued at Sacramento, CA on 6/18/2010　　at 2:47 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge